United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO DAIMER TORRES ALVAREZ, § § Petitioner, § § VS. § US DEPARTMENT OF HOMELAND § SECURITY, *et al.*, § § Respondents. § | § § § § CIVIL ACTION NO. 1:26-CV-109 |

## ORDER

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), which it views as precluding Petitioner Julio Daimer Torres Alvarez's claims based on the application of 8 U.S.C. §§ 1225 and 1226. As a result, it is:

**ORDERED** that all deadlines and hearings are **CANCELED;** and

**ORDERED** that by no later than February 20, 2026, Petitioner shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition.

If the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court will deny the Petition and dismiss this case.

Signed on February 9, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1